HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR06-445JCC |
| Plaintiff, ) | |
| ) | ORDER GRANTING CONTINUANCE |
| vs. ) | OF PRETRIAL MOTIONS DEADLINE |
| ) | AND TRIAL |
| REGGIE LYNN BASH, ) | |
| Defendant. ) | |

THE COURT having considered the stipulated motion of the parties, the records and files herein, the Court hereby makes the following findings:

1. Based on the facts set forth in the parties stipulated motion (Dkt. No. 22), the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and an opportunity for the defendant to benefit from his efforts and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

ORDER GRANTING CONTINUANCE
OF PRETRIAL MOTIONS DEADLINE
AND TRIAL (Proposed) - 1
(Reggie Lynn Bash; CR06-445JCC)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100

1    IT IS THEREFORE ORDERED that the trial date for Reggie Bash is extended

2  from February 5, 2007,  to March 5, 2007.  Pretrial motions shall be filed by February

3  15, 2007.

4    DONE this 22nd day of January 2007.

*[signature: John C. Coughenour]*

John C. Coughenour

United States District Judge

ORDER GRANTING CONTINUANCE
OF PRETRIAL MOTIONS DEADLINE
AND TRIAL (Proposed) - 2
(Reggie Lynn Bash; CR06-445JCC)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by:



s/Nancy Tenney

WSBA No. 35304

Attorney for Reggie Bash

Federal Public Defender's Office

1601 Fifth Ave., Suite 700

Seattle, WA   98101

206/553-1100

206/553-0120

nancy_tenney@fd.org

ORDER GRANTING CONTINUANCE
OF PRETRIAL MOTIONS DEADLINE
AND TRIAL (Proposed) - 3
(Reggie Lynn Bash; CR06-445JCC)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100