1
2
3
4
5

6 **UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
7 **AT SEATTLE**

8  UNITED STATES OF AMERICA,                    NO. CR06-445-JCC
9
                  Plaintiff,
10                                              SUMMARY REPORT OF
11      v.                                      U.S. MAGISTRATE JUDGE AS
                                                TO ALLEGED VIOLATIONS
12  REGGIE LYNN BASH,                           OF SUPERVISED RELEASE

13                  Defendant.

14

15      An evidentiary hearing on a petition for violation of supervised release in this case was
16  scheduled before the undersigned Magistrate Judge on April 2, 2010.  The United States was
17  represented by Assistant United States Attorney Patricia Lally, and the defendant by Nancy
18  Tenney.  The proceedings were digitally recorded.

19      The defendant had been charged and convicted of Possession with Intent to Distribute
20  Crack Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841 (b)(1)(C).  On or about October
21  5, 2007, defendant was sentenced by the Honorable John C. Coughenour to a term of thirty-
22  seven months in custody, to be followed by three years supervised release.

23      The conditions of supervised release included the requirements that the defendant
24  comply with all local, state, and federal laws, and with the standard conditions.  Special
25  conditions imposed included, but were not limited to, participation in a substance abuse and
26  mental health programs; financial disclosure; search; prohibited from incurring new credit

1  charges, opening additional lines of credit, or obtaining a loan without permission; and shall
2  not associate with any known gang members.
3       In a Petition for Warrant or Summons dated March 10, 2010, U.S. Probation Officer
4  Sara K. Moore asserted the following violations by defendant of the conditions of his
5  supervised release:
6       1.   Using cocaine on or before 12/26/2009, in violation of standard condition 7.
7       2.   Using cocaine on or before 1/27/2010, in violation of standard condition 7.
8       3.   Using cocaine on or before 2/23/2010, in violation of standard condition 7.
9       4.   Using cocaine on or before 2/27/2010, in violation of standard condition 7.
10      5.   Failing to report to the probation office as directed on 3/8/10, in violation of
11  standard condition 2.
12      On March 15, 2010, defendant made his initial appearance.  The defendant was advised
13  of the allegations and advised of his rights.  On April 2, 2010, this matter came before the
14  Court for an evidentiary hearing.  Defendant admitted to violations 1, 2, 3, 4 and 5.
15      I therefore recommend that the Court find the defendant to have violated the terms and
16  conditions of his supervised release as alleged in violations 1, 2, 3, 4 and 5, and that the Court
17  conduct a hearing limited to disposition.  A disposition hearing on these violations has been set
18  before the Honorable John C. Coughenour on July 30, 2010 at 9:00 a.m.
19      Pending a final determination by the Court, the defendant has been released, subject to
20  supervision.
21      DATED this 2nd day of April, 2010.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

cc:	District Judge:	Honorable John C. Coughenour
	AUSA:	Patricia Lally
	Defendant's attorney:	Nancy Tenney
	Probation officer:	Sara K. Moore

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3