UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO.  CR06-445-JCC |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| REGGIE LYNN BASH, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on May 28, 2010.  The United States was represented by AUSA Patricia C. Lally and the defendant by Nancy Tenney.  The proceedings were digitally recorded.

Defendant had been sentenced on or about November 30, 2007 by the Honorable John C. Coughenour on a charge of Possession with Intent to Distribute Crack Cocaine, and sentenced to 37 months custody, 3 years supervised release. (Dkt. 45.)

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a substance abuse program, abstain from alcohol, submit to search, participate in a mental health program, provide his probation officer with

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

financial information as requested, be prohibited from incurring new credit obligations or lines of credit, and not associate with any known gang members.

On April 2, 2010, defendant admitted violating the conditions of supervised release by using cocaine on four occasions. (Dkt. 57.) Defendant was released on the conditions of supervision and a disposition hearing was set before Judge Coughenour for July 30, 2010. (Dkt. 56.)

In an application dated May 25, 2010 (Dkt. 58, 59), U.S. Probation Officer Sara K. Moore alleged the following additional violations of the conditions of supervised release, which were incorporated into the pending proceedings:

6. Using cocaine on or before April 17, 2010, in violation of standard condition 7.

7. Using cocaine on or before April 22, 2010, in violation of standard condition 7.

8. Using alcohol on or before May 13, 2010, in violation of the special condition directing the defendant to abstain from the use of alcohol and/or other intoxicants during the term of supervision.

9. Using cocaine on or before May 18, 2010, in violation of standard condition 7.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred. (Dkt. 60.)

I therefore recommend the Court find defendant violated his supervised release as alleged, and that disposition of these violations be added to the previously scheduled disposition hearing. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been detained.

DATED this 28th day of May, 2010.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:         Honorable John C. Coughenour
     AUSA:                   Patricia C. Lally
     Defendant's attorney:   Nancy Tenney
     Probation officer:      Sara K. MOore

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3