UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  CR06-445 JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| REGGIE LYNN BASH, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on January 3, 2011.  The United States was represented by AUSA Patricia C. Lally  and the defendant by Nancy Tenney. The proceedings were digitally recorded.

Defendant had been sentenced on or about November 30, 2007 by the Honorable John C. Coughenour on a charge of Possession with Intent to Distribute Crack Cocaine and sentenced to 37  months custody, 3 years supervised release. (Dkt. 45.)

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in drug testing and treatment, abstain from alcohol, submit to search, participate in a mental health program, provide his probation officer with access

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

to financial information as requested, be prohibited from incurring new credit charges or opening new lines of credit without approval, and not associate with any known gang members.

On February 9, 2010, defendant's probation officer reported that he had violated the conditions of supervised release by using cocaine on two occasions. Defendant was reprimanded, placed in a structured, more frequent testing program, and referred for professional assessment. No further action was taken at the time. (Dkt. 47.)

On April 2, 2010, defendant admitted violating the conditions of supervised release by using cocaine on four occasions and failing to report to the probation office as directed. (Dkt. 57.) On May 28, 2010, defendant admitted violating the conditions of supervised release by using cocaine on three additional occasions and alcohol on one occasion. (Dkt. 61.) Defendant was sentenced to four months in custody, 32 months supervised release. (Dkt. 68.) On December 7, 2010, the conditions of supervision were modified to require defendant to successfully participate in a home confinement program with electronic monitoring for up to 120 days. (Dkt. 70.)

In an application dated December 30, 2010 (Dkt. 71-72), U.S. Probation Officer Sara K. Moore alleged the following violations of the conditions of supervised release:

1. Using ecstasy on or before December 20, 2010, in violation of standard condition 7.

2. Failing to report to the probation office as directed on December 28, 2010, in violation of standard condition 2.

3. Using cocaine on or before December 28, 2010, in violation of standard condition 7.

01    Defendant was advised in full as to those charges and as to his constitutional rights.

02    Defendant admitted the alleged violations and waived any evidentiary hearing as to
03 whether they occurred.

04    I therefore recommend the Court find defendant violated his supervised release as
05 alleged, and that the Court conduct a hearing limited to the issue of disposition. The next
06 hearing will be set before Judge Coughenour.

07    Pending a final determination by the Court, defendant has been detained.

08    DATED this 3rd day of January, 2011.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

cc:   District Judge:         Honorable John C. Coughenour
      AUSA:                   Patricia C. Lally
      Defendant's attorney:   Nancy Tenney
      Probation officer:      Sara K. Moore

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3